■ CHASE MANHATTAN BANK, Respondent, v GENSERVE, INC., et al., Defendants, and PETROCELLI ELECTRIC Co., INC., Appellant. (And a Third-Party Action.) [827 NYS2d 660]—Appeal from order, Supreme Court, New York County (Alice Schlesinger, J.), entered on or about January 20, 2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Friedman, J.P., Williams, Gonzalez, Sweeny and McGuire, JJ.